[No. 35083-8-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LYNN WOODDELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-8-07374-9, Bobbe J. Bridge, J., entered July
29, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 35111-7-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXIS
CARBAJAL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-8-02481-9, Jack Richey, J., entered August
10, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 35188-5-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TY
JOSEPH GIDDINGS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00412-8, Kathryn E. Trumbull,
J., entered August 5, 1994. *Affirmed* by unpublished per
curiam opinion.


[No. 35319-5-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLTON
RAY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01391-9, James A. Noe, J., September 28,
1994. *Affirmed* by unpublished per curiam opinion.